UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

FEB 06 2020

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| v. § | CRIMINAL NO.: 20 CR 82 |
| § | |
| TREVOR DUANE SPENCER, § | |
| Defendant § | |

CRIMINAL INDICTMENT

THE GRAND JURY CHARGES:

COUNT ONE

Title 18, United States Code, § 371
Conspiracy to Possess and Transfer a Machine Gun

In or about February, 2019, in the Houston Division of the Southern District of Texas,

TREVOR DUANE SPENCER,

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the grand jury to possess and transfer a machinegun, as the term "machinegun" is defined in Title 26, United States Code, § 5845(b), to wit: any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger, and the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed

Page 1 of 3

and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.

In violation of Title 18, United States Code, §§ 371, 922(o) and 924(a)(2).

## MANNER AND MEANS

The unlawful conspiracy was accomplished in the following manner and means:

1. It was part of the conspiracy that one or more co-conspirators manufactured and offered for sale a Glock Conversion Switch, that is a part that converts a semi-automatic Glock pistol to a fully automatic machinegun;

2. It was further part of the conspiracy that one or more co-conspirators purchased a Glock Conversion Switch online;

3. It was further part of the conspiracy that one or more co-conspirators shipped a Glock Conversion Switch in the mail for delivery at ███████████, Houston, Texas 77090;

4. It was further part of the conspiracy that one or more co-conspirators modified a Glock pistol using the Glock Conversion Switch to convert the pistol from a semi-automatic pistol to a fully automatic machinegun;

5. It was further part of the conspiracy that one or more co-conspirators illegally possessed and fired the fully automatic Glock.

## OVERT ACTS

In furtherance of this conspiracy, and in order to effect and accomplish its objectives:

1. The defendant purchased a Glock Conversion Switch from CBTFORCE.com, a Chinese internet retailer;

2. The defendant received the shipment of the Glock Conversion Switch on or about February 16, 2019;

2. The defendant, utilizing the Glock Conversion Switch, converted a Glock pistol from a semi-automatic firearm to a fully automatic machinegun;

3. The defendant possessed the illegal machinegun and fired it on or after February 16, 2019.

A TRUE BILL.

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

BY: _____
Heather Winter
Assistant United States Attorney